UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LEE MILLION,<br>　　　　Plaintiff,<br>　　v.<br>K. KOSTECKY, Appeals Examiner, et al.,<br>　　　　Defendants. | Case No. C 14-2163 KAW (PR)<br><br>ORDER OF DISMISSAL |
| CHARLIE LEE MILLION,<br>　　　　Plaintiff,<br>　　v.<br>Y. FRIEDMAN, Rabbi, et al.,<br>　　　　Defendants. | Case No. C 14-2424 KAW (PR)<br><br>ORDER OF DISMISSAL |

　　　　Plaintiff, a state prisoner incarcerated at Salinas Valley State Prison ("SVSP") proceeding *pro se*, filed the above-captioned civil rights complaints pursuant to 42 U.S.C. § 1983. In each case he filed motions for leave to proceed *in forma pauperis* ("IFP") and for leave to file new litigation by a vexatious litigant pursuant to 28 U.S.C. § 1915(g). On June 30, 2014, the Court entered an Order in each case denying Plaintiff's motions to proceed IFP under 28 U.S.C. § 1915(g) and informing him that the cases would be dismissed if he did not pay the $400 filing fee within twenty-eight days from the date of the Order.

　　　　More than twenty-eight days have passed and Plaintiff has not submitted the filing fee in either case or communicated with the Court in any manner. Therefore, these cases are dismissed

1    without prejudice.  The Clerk of the Court shall enter separate judgments and close the files.

3    **IT IS SO ORDERED.**

4    Dated: 8/21/14

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE